**Adron P. BRAINERD, Plaintiff–Appellant,**

v.

**Joe James SAWYER, Defendant–Appellee.**

No. 03–51140
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

June 23, 2004.

Adron P. Brainerd, Corpus Christi, TX, pro se.

Joe James Sawyer, Austin, TX, pro se.

Before BARKSDALE, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM: *

Adron P. Brainerd (Brainerd) appeals the dismissal of his diversity action which was dismissed under the doctrine of *res judicata.* In his *pro se* brief, Brainerd does not brief the issue of whether his second action was barred by the doctrine of *res judicata.* Although *pro se* litigants are afforded liberal construction, even *pro se* litigants must brief arguments in order to preserve them. *See Yohey v. Collins,* 985 F.2d 222, 224–225 (5th Cir.1993). Thus, the issue is deemed abandoned. *Id.* at 225. Because Brainerd has failed to argue the only issue arguably on appeal, the appeal is frivolous and must be DISMISSED as such. *See* 5TH CIR. R. 42.2. Brainerd is WARNED that the filing of future frivolous appeals may result in sanctions.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.